IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM DALE JAEGER, # 132758, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 2:19cv1035-WHA ) [WO] |
| CHARLES GRADDICK, *et al.*, | ) ) |
| Respondents. | ) |

**ORDER**

On March 23, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 21.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

(1)   The Recommendation (Doc. # 21) is ADOPTED.

(2)  This action is DISMISSED without prejudice because Petitioner has not exhausted his state court remedies.

A separate final judgment will be entered.

DONE this 30th day of April, 2020.

  /s/ W. Harold Albritton
Senior United States District Judge